FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 JAN 13  AM 9:08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

ALFREDO MARTINEZ RIQUENE

CASE NO.   3:10-cr-227(S1)-J-34TEM
Ct. 1:      18 U.S.C. § 1591
Ct. 2:      18 U.S.C. §§ 2251(a) and (e)
Ct. 3:      18 U.S.C. § 2252(a)(4)(B)
Ct. 4:      18 U.S.C. § 1001
Forfeiture: 18 U.S.C. § 1594

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about February 24, 2010, and on or about March 31, 2010, in Duval County, in the Middle District of Florida,

ALFREDO MARTINEZ RIQUENE,

the defendant herein, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a person, that is A.B., while knowing and in reckless disregard of the fact that A.B. had not attained the age of eighteen (18) years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591.

### COUNT TWO

Between on or about February 24, 2010, and on or about March 31, 2010, in Duval County, in the Middle District of Florida,

ALFREDO MARTINEZ RIQUENE,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is A.B., to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT THREE

On or about November 8, 2010, in Duval County, in the Middle District of Florida,

ALFREDO MARTINEZ RIQUENE,

the defendant herein, did knowingly possess at least one matter which contains any visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involving the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct

All in violation of Title 18 United States Code Section 2252(a)(4)(B).

### COUNT FOUR

On or about July 28, 2010, at Jacksonville, in the Middle District of Florida,

ALFREDO MARTINEZ RIQUENE,

the defendant herein, did knowingly and willfully make false, fictitious and fraudulent material statements and representations in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, by stating that a minor, A.B.,

had never been in his bedroom and any other part of his house, that he did not have sex with A.B., and that he never touched A.B., which the defendant then knew to be false, fictitious and fraudulent.

In violation of Title 18, United States Code, Section 1001.

## FORFEITURE

1. The allegations contained in Counts One through Three of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1594, and Title 18, United States Code, Section 2253.

2. From his engagement in the violation alleged in Count One of this Superseding Indictment, the defendant,

ALFREDO MARTINEZ RIQUENE,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594, (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense, including but not limited to the following:

      a. an eMachines model W3650 CPU, serial number XGM85 600 004459, with a DVD +/-R/W/RAM drive; and

      b. a Maxtor model D740X-6L 60GB hard drive, serial number 663215656049.

3. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, the defendant,

ALFREDO MARTINEZ RIQUENE, shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

    1. an eMachines model W3650 CPU, serial number XGM85 600 004459, with a DVD +/-R/W/RAM drive; and

    2. a Maxtor model D740X-6L 60GB hard drive, serial number 663215656049.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty,

4

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

## Middle District of Florida
## Jacksonville Division

---

### THE UNITED STATES OF AMERICA

vs.

### ALFREDO MARTINEZ RIQUENE

---

### INDICTMENT

Violations:

Ct. 1: 18 U.S.C. § 1591
Ct. 2: 18 U.S.C. §§ 2251(a) and (e)
Ct. 3: 18 U.S.C. § 2252(a)(4)(B)
Ct. 4: 18 U.S.C. § 1001

---

A true bill,

_____
Foreperson

---

Filed in open court this 13th day

of January, 2011.

_____
Clerk

---

Bail  $ NO BAIL

GPO 863 525