UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.    3:10-cr-227(S1)-J-34TEM

ALFREDO MARTINEZ-RIQUENE
_____

**GOVERNMENT'S MOTION TO PERMIT MINOR
VICTIM TO TESTIFY UNSHACKLED AND IN REGULAR CLOTHING**

Pursuant to Fed. R. Evid. 611(a) and 18 U.S.C. § 3771, the United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, files this motion requesting that the minor victim in this case, A.B., be permitted to testify unshackled and in regular clothing, and says:

1. The victim in the present case, A.B., is presently in the custody of the State of Florida awaiting trial on state criminal charges.  As such, when A.B. is transported to Court, she is transported in state jail clothing and, due to her status, is shackled.[1]

2. Requiring the victim to appear before the jury in this way will create unnecessary shame, humiliation, and discomfort for the child and will otherwise inhibit her testimony. The Crime Victim Rights Act, 18 U.S.C. § 3771, provides that the victim has "the right to be treated with fairness and with respect for the victim's dignity and privacy." 18 U.S.C. § 3771(a)(8).  Permitting the victim to testify in regular clothing and without the presence of arm and leg shackles furthers these important rights.

---

[1]A.B. has previously testified in this condition at sentencing hearings involving related defendants Melvin Friedman, Antonio Ford, and Leeann Adkins.

3. Additionally, at this point, although the victim is a pretrial detainee, the victim is presumed to be innocent of the crimes with which she is charged. She has not yet been tried, and viewing her chained and wearing a jail uniform creates a very real risk that the jurors will consider prior criminal behavior when weighing her credibility, even though no convictions that would permit that type of impeachment under Fed. R. Evid. 609 exist. Indeed, these same concerns are why Defendant will be permitted to participate in this trial without shackles and in regular clothing.

4. Fed. R. Evid. 611(a) likewise permits the Court to control the mode and order of interrogation to, among other things, "protect witnesses from harassment or undue embarrassment." The Government is requesting that the Court exercise that discretion and permit the victim to testify with dignity in these proceedings. Of course, the Government is not suggesting that the victim's current criminal charges are irrelevant. Defendant will be entitled to ample opportunity to bring those matters up at trial. The Government is simply requesting that the Court remove a visual reinforcement of the fact that the victim is facing charges.

WHEREFORE, the Government respectfully requests that the Court enter an Order permitting the victim to testify unshackled and in appropriate civilian attire, together with any further or alternative relief the Court deems just and proper.

> Respectfully submitted,
>
> ROBERT E. O'NEILL
> United States Attorney
>
> By: *s/ Mac D. Heavener, III*
> MAC D. HEAVENER, III
> Assistant United States Attorney
> Deputy Chief, Jacksonville Division
> Florida Bar No. 0896748
> 300 North Hogan Street, Suite 700
> Jacksonville, Florida  32202-4270
> Telephone:   (904) 301-6300
> Facsimile:   (904) 301-6310
> E-mail:   mac.heavener@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Thomas M. Bell, Esquire

> By: *s/ Mac D. Heavener, III*
> MAC D. HEAVENER, III
> Assistant United States Attorney
> Deputy Chief, Jacksonville Division
> Florida Bar No. 0896748
> 300 North Hogan Street, Suite 700
> Jacksonville, Florida  32202-4270
> Telephone:   (904) 301-6300
> Facsimile:   (904) 301-6310
> E-mail:   mac.heavener@usdoj.gov